IT IS ORDERED

Date Entered on Docket: September 29, 2017

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:
SUZANNE C. PORRAS,
        Debtor.                                    Case No. 17-12214-T7

### ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF PROPERTY LOCATED AT 3285 WESTRIDGE DR., LAS CRUCES, NEW MEXICO 88005 PURSUANT TO 11 U.S.C. §554

      This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed September 7, 2017 (the "Motion") in which Debtor, Suzanne C. Porras ("Debtor") sought to compel the abandonment of her personal residence listed in her bankruptcy Schedule A and located at 3285 Westridge Dr., Las Cruces, New Mexico 88005. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

      The Court FINDS: (a) that on September 7, 2017, Debtor filed the Motion; (b) on September 7, 2017, notice of the objection period along with the Motion was served ("Notice") on all creditors and other parties in interest as shown on the mailing list

1

provided to the Court by the Debtor, specifying that objections were to be filed no later than fourteen days from the date of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of September 21, 2017 has expired; Creditor, BOKF, N.A., filed a Response indicating that it expects to be paid out of the proceeds and Debtor agrees that Creditor will be paid in full thereby resolving any dispute as indicated by counsel's approval below; (e) the Motion is well taken and will be granted.

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Debtor may submit an Order Abandoning the Debtor's primary residence described in Schedule A of her bankruptcy schedules and statements and located at 3285 Westridge Dr., Las Cruces New Mexico 88005 based on the terms and conditions of such abandonment as set forth in the Motion.

\*\*\*END OF ORDER\*\*\*

Respectfully Submitted,

*S/electronically Submitted 9.29.17*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM  88004
(575) 527-8600
(575) 527-1199 (fax)
trey@arvizulaw.com

Weinstein & Riley, P.S.

*Approved via email 9.29.17*
Jason C. Bousliman, SBN 14830
5801 Osuna Rd. NE, Suite A-103
Albuquerque, NM 87109
Telephone: 505-348-3204
Facsimile: 505-214-5116
E-mail: JasonB@w-legal.com

Attorney for Secured Creditor

Copy to:

Clarke Coll
Chapter 7 Trustee
P.O. Box 2288
Roswell, NM 88202